ANDREW MANCILLA
ROBERT M. FANTONE
Mancilla & Fantone, LLP
260 Madison Avenue, 22nd Floor
New York, New York 10016
andrew@law-mf.com
robert@law-mf.com
T 646.225.6686
F 646.655.0269

Attorneys for the Defendant Karim Baratov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIM BARATOV,<br><br>　　　　Defendant. | CASE NO. 3:17-CR-103 VC<br><br>**NOTICE OF CHANGE OF**<br>**FIRM NAME AND EMAIL ADDRESS** |

TO THE COURT, PARTIES, AND ALL INTERESTED PERSONS:

PLEASE TAKE NOTICE that Andrew Mancilla and Robert Fantone, both members of the bar in good standing in New York State and the United States District Court for the Southern District of New York, appearing *Pro Hac Vice* in the above captioned matter on behalf of Karim Baratov, amend their law firm name from Murray, Mancilla & Fantone LLP, to Mancilla & Fantone, LLP. Furthermore, Mr. Mancilla's email address is changed to andrew@law-mf.com and Mr. Fantone's email address is changed to robert@law-mf.com. All other contact information remains the same. Mr. Mancilla and Mr. Fantone will continue to represent Mr. Baratov in the above captioned matter.

Dated: February 2, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Andrew Mancilla
　　　　　　　　　　　　　　　　　　　　ANDREW MANCILLA, ESQ.


　　　　　　　　　　　　　　　　　　　　/s/ Robert M. Fantone
　　　　　　　　　　　　　　　　　　　　ROBERT M. FANTONE, ESQ.

NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS