ANDREW MANCILLA
ROBERT M. FANTONE
Mancilla and Fantone, LLP
260 Madison Avenue, 22nd Floor
New York, New York 10016
Phone: 646-225-6686
Fax: 646-655-0269
Email: andrew@law-mf.com

Counsel for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:17-CR-103 VC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND |
| v. | ) ) | [PROPOSED] ORDER CHANGING DATE FOR SENTENCING |
| KARIM BARATOV, | ) ) | |
| Defendant. | ) ) ) | |

The parties respectfully and jointly request that the sentencing, currently set for March 27, 2018, be moved to April 24, 2018.  The reasons for this request are to provide the defense with time to prepare for sentencing. The defense recently received information from the Government regarding the alleged victims of the defendant's hacking activity, which the Government received in February and March 2018 in response to its victim notifications. The defense needs sufficient time to review this material so that it may properly make objections to the draft Presentence Investigation Report and prepare for sentencing.  Therefore, the parties respectfully and jointly request that the date for sentencing be moved from March 27, 2018, to April 24, 2018. The defense conferred with Probation Officer Emily P. Libby and Officer Libby is available on April 24, 2018.

IT IS SO STIPULATED.

DATED:  March 14, 2018                              */s/ Andrew Mancilla*
                                                    ANDREW MANCILLA
                                                    Counsel for Defendant

1
2  DATED: March 14, 2018
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BRIAN J. STRETCH
United States Attorney

*/s/ with permission*
JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER CHANGING DATE FOR SENTENCING

Based on the stipulation of the parties and on good cause shown, the Court orders that the sentencing, currently set for March 27, 2018, is hereby moved to April 24, 2018.

IT IS SO ORDERED.

Dated: March ____, 2018

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE