ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
JEFFREY SHIH (MABN 663195)
Assistant United States Attorneys

SCOTT K. MCCULLOCH (DCBN 1020608)
CHRISTOPHER OTT (CABN 235659)
Trial Attorneys, National Security Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    john.hemann@usdoj.gov; 415.436.7478
    jeffrey.shih@usdoj.gov; 415.436.7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-CR-103 VC |
| Plaintiff, | MOTION AND [PROPOSED] ORDER TO SEAL UNITED STATES RESPONSE TO DEFENDANT'S SUPPLEMENTAL SENTENCING SUBMISSION |
| v. | |
| KARIM BARATOV, | Sentencing Date:  April 24, 2018 |
| Defendant. | Time:  10:30 a.m. |
| | Court:  Honorable Vince Chhabria |

The United States hereby moves the Court for an order sealing the United States Response to Defendant's Supplemental Sentencing Submission and the accompanying declaration. The United States makes this request for the same reasons asserted by the defendant in requesting that the Defendant's Supplemental Sentencing Submission be filed under seal.

MOTION AND ORDER TO SEAL     1

The United States also requests that, notwithstanding any sealing order, the Clerk of Court be required to give endorsed, filed copies of the sealed documents to the United States Attorney's Office.

DATED: April 20, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

*/s/ Jeffrey Shih*
JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER

Upon the motion of the United States and for good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court file the United States Response to Defendant's Supplemental Sentencing Submission and the accompanying declaration under seal and maintain the documents under seal until further notice of this Court. Endorsed, filed copies shall be provided to the United States Attorney's Office.

DATE:

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE