ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
JEFFREY SHIH (MABN 663195)
Assistant United States Attorneys

SCOTT K. MCCULLOCH (DCBN 1020608)
Trial Attorney, National Security Division

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    john.hemann@usdoj.gov; 415.436.7478
    jeffrey.shih@usdoj.gov; 415.436.7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-CR-103 VC |
| Plaintiff, | DECLARATION OF ASSISTANT UNITED STATES ATTORNEY JEFFREY SHIH |
| v. | |
| KARIM BARATOV, | |
| Defendant. | |

I, Jeffrey Shih, hereby declare as follows:

1. Through the Plea Agreement in this case, Defendant Karim Baratov agreed that the Sentencing Guidelines calculation for Count One should include:

    a. the application of the Chapter 2 Offense Guideline in USSG § 2B1.1;

    b. the 2-level specific offense characteristic for sophisticated means in USSG § 2B1.1(b)(10); and

    c. the 2-level specific offense characteristic for committing an offense under 18 U.S.C. § 1030 to obtain personal information in USSG § 2B1.1(b)(17).

DECLARATION OF AUSA SHIH     1

2.      For the 2006 through 2016 Federal Sentencing Guidelines Manuals:

    a. the Chapter 2 Offense Guideline in USSG § 2B1.1 corresponds to the Count One offense in each of the manuals;

    b. the 2-level specific offense characteristic for sophisticated means appears

        i. in USSG § 2B1.1(b)(10) for the 2011 through 2016 manuals, and

        ii. in USSG § 2B1.1(b)(9) for the 2006 through 2010 manuals; and

    c. the 2-level specific offense characteristic for committing an offense under 18 U.S.C. § 1030 to obtain personal information appears

        i. in USSG § 2B1.1(b)(17) for the 2013 through 2016 manuals,

        ii. in USSG § 2B1.1(b)(16) for the 2011 and 2012 manuals,

        iii. in USSG § 2B1.1(b)(15) for the 2008 through 2010 manuals, and

        iv. in USSG § 2B1.1(b)(14) for the 2006 and 2007 manuals.

3.      On May 1, 2018, I attempted to access the United States Sentencing Commission datafiles for sentences imposed on individuals between fiscal years 2007 and 2017, which are available at https://www.ussc.gov/research/datafiles/commission-datafiles.  Those datafiles are in SAS and SPSS file formats, which according to correspondence with the Office of Research and Data for the United States Sentencing Commission require the purchase and use of advanced statistical analysis programs.

4.      The United States Sentencing Commission states on its datafiles website that its "datafiles may also be accessed through the University of Michigan's Inter-University Consortium for Political and Social Research (ICPSR)."  On May 1, 2018, I accessed the United States Sentencing Commission data through the ICPSR website, *available at* https://www.icpsr.umich.edu/icpsrweb/.  Through the ICPSR website, I searched for United States Sentencing Commission data and found it in the series "Monitoring of Federal Criminal Sentences Series," *available at* https://www.icpsr.umich.edu/icpsrweb/ICPSR/series/83.  That ICPSR series had datafiles available through 2015, and I downloaded the main data files that were available in tab-delimited format, which I could open and filter using Microsoft Excel, for 2007, 2008, 2009, 2010, 2011, 2014, and 2015.  The ICPSR website did not appear to have the main data files for 2012 and 2013 in tab-delimited format.

DECLARATION OF AUSA SHIH      2

5. Using the Codebooks that accompanied each of the main datafiles that I downloaded from the ICPSR website,[1] I filtered the data in an effort to identify the sentences that, as Defendant Baratov agreed to in his Plea Agreement, applied USSG § 2B1.1 as the primary Chapter 2 offense guideline, the 2-level specific offense characteristic for sophisticated means, and the 2-level specific offense characteristic for committing an offense under 18 U.S.C. § 1030 to obtain personal information. Specifically, I filtered the datafiles using the following variables:

| Variable AMENDYR[2] = | Variable GDLINEHI[3] = | 2-level specific offense characteristic for sophisticated means | 2-level specific offense characteristic for committing 18 U.S.C. § 1030 offense to obtain personal information | Variable SOURCES[4] = |
|---|---|---|---|---|
| 2006 | 2B1.1 | Variable ADJ_JHI[5] = 2 | Variable ADJ_OHI[6] = 2 | 1 |
| 2007 | 2B1.1 | Variable ADJ_JHI = 2 | Variable ADJ_OHI = 2 | 1 |
| 2008 | 2B1.1 | Variable ADJ_JHI = 2 | Variable ADJ_PHI[7] = 2 | 1 |
| 2009 | 2B1.1 | Variable ADJ_JHI = 2 | Variable ADJ_PHI = 2 | 1 |
| 2010 | 2B1.1 | Variable ADJ_JHI = 2 | Variable ADJ_PHI = 2 | 1 |
| 2011 | 2B1.1 | Variable ADJ_KHI[8] = 2 | Variable ADJ_QHI[9] = 2 | 1 |

---

[1] These ICPSR Codebooks appear to use the same codes described in the Variable Codebook for Individual Offenders by the United States Sentencing Commission, *available at* https://www.ussc.gov/sites/default/files/pdf/research-and-publications/datafiles/USSC_Public_Release_Codebook_FY99_FY17.pdf (*last visited* May 1, 2018).

[2] This variable indicates the guideline amendment year used to calculate the guideline calculations of a particular sentence.

[3] This variable indicates the Chapter 2 offense that generated the highest guideline computation (*i.e.*, the primary Chapter 2 offense guideline) of a particular sentence.

[4] This variable indicates the extent to which information coded in detailed guideline application is based upon known court findings. A SOURCES value of 1 indicates that the information represents known court findings (as opposed to alternate documents).

[5] This variable indicates the value applied for the 9th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_JHI indicates the value of § 2B1.1(b)(9).

[6] This variable indicates the value applied for the 14th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_OHI indicates the value of § 2B1.1(b)(14).

[7] This variable indicates the value applied for the 15th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_PHI indicates the value of § 2B1.1(b)(15).

[8] This variable indicates the value applied for the 10th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_KHI indicates the value of § 2B1.1(b)(10).

[9] This variable indicates the value applied for the 16th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_QHI indicates the value of

DECLARATION OF AUSA SHIH                                                                                                              3

| Variable AMENDYR[2] = | Variable GDLINEHI[3] = | 2-level specific offense characteristic for sophisticated means | 2-level specific offense characteristic for committing 18 U.S.C. § 1030 offense to obtain personal information | Variable SOURCES[4] = |
|---|---|---|---|---|
| 2012 | 2B1.1 | Variable ADJ_KHI = 2 | Variable ADJ_QHI = 2 | 1 |
| 2013 | 2B1.1 | Variable ADJ_KHI = 2 | Variable ADJ_RHI[10] = 2 | 1 |
| 2014 | 2B1.1 | Variable ADJ_KHI = 2 | Variable ADJ_RHI = 2 | 1 |

6. For the 2007 datafile, using the variables described in Paragraph 5 above resulted in zero cases.

7. For the 2008 datafile, using the variables described in Paragraph 5 above resulted in one case, which is summarized in the table below:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2008 | +8 | 23 | 1 | 46 | 57 | 24 | 84 | 72 | Within |

8. For the 2009 datafile, using the variables described in Paragraph 5 above resulted in three cases, which are summarized in the table below:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | +4 | 19 | 4 | 46 | 57 | 0 | 720 | 48 | Within |
| 2009 | +8 | 15 | 1 | 18 | 24 | 0 | 60 | 0[11] | Gov't-sponsored[12] |
| 2009 | +6 | 15 | 1 | 18 | 24 | 24 | 444 | 42 | Within |

---

§ 2B1.1(b)(16).

[10] This variable indicates the value applied for the 17th special offense characteristic adjustment. Thus, for cases applying USSG § 2B1.1, the variable ADJ_RHI indicates the value of § 2B1.1(b)(17).

[11] The variable ALTMO indicates that the sentence in this case included 12 months of alternative incarceration.

[12] Based on the accompanying variable codebook, the government sponsored code includes 5K1.1/substantial assistance, early disposition/5K3.1, and government sponsored - below range.

DECLARATION OF AUSA SHIH                                                                                                  4

9. For the 2010 datafile, using the variables described in Paragraph 5 above resulted in two cases, which are summarized in the table below:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | +22 | 43 | 6 | Life | Life | 48 | 3708 | 3708 | Within |
| 2010 | +18 | 26 | 1 | 63 | 78 | 0 | 600 | 51 | Below |

10. For the 2011 datafile, using the variables described in Paragraph 5 above resulted in four cases, which are summarized in the table:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2010 | 0 | 22 | 1 | 41 | 51 | 24 | 144 | 132 | Above |
| 2011 | +6 | 14 | 3 | 21 | 27 | 24 | 324 | 45 | Within |
| 2011 | 0 | 12 | 1 | 10 | 16 | 0 | 60 | 0.03[13] | Above |
| 2011 | +8 | 21 | 1 | 37 | 46 | 0 | 120 | 72 | Above |

11. For the 2014 datafile, using the variables described in Paragraph 5 above resulted in eight cases, which are summarized in the table:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2013 | +16 | 31 | 4 | 151 | 188 | 0 | 120 | 120 | Within |
| 2013 | 0 | 13 | 1 | 12 | 18 | 24 | 84 | 60 | Above |
| 2013 | +22 | 43 | 1 | Life | Life | 0 | 300 | 72 | Gov't-sponsored |
| 2013 | +22 | 43 | 1 | Life | Life | 0 | 300 | 12.03[14] | Gov't-sponsored |
| 2014 | +8 | 17 | 1 | 24 | 30 | 0 | 120 | 0 | Gov't-sponsored |

---

[13] The variable ALTMO indicates that the sentence in this case included 18 months of alternative incarceration.

[14] The variable ALTMO indicates that the sentence in this case included 6 months of alternative incarceration.

DECLARATION OF AUSA SHIH                                                                 5

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | +4 | 12 | 4 | 21 | 27 | 0 | 60 | 15 | Gov't-sponsored |
| 2014 | +12 | 19 | 1 | 30 | 37 | 0 | 60 | 0[15] | Below |
| 2014 | +4 | 13 | 1 | 12 | 18 | 0 | 60 | 18 | Within |

12. For the 2015 datafile, using the variables described in Paragraph 5 above resulted in five cases, which are summarized in the table:

| Year of Sentence, SENTYR | Loss Increase, 2B1.1(b)(2), ADJ_BHI | Final Offense Level, XFOLSOR | Final Criminal History Category, XCRHISSR | USSG Range Min., XMINSOR | USSG Range Max., XMAXSOR | Statutory Min., STATMIN | Statutory Max., STATMAX | Prison Sentence, SENTTOT0 | Sentence Relative to USSG Range, BOOKER2 |
|---|---|---|---|---|---|---|---|---|---|
| 2014 | 0 | 18 | 1 | 27 | 33 | 0 | 120 | 9 | Gov't-sponsored |
| 2014 | +20 | 31 | 4 | 151 | 188 | 0 | 120 | 48 | Gov't-sponsored |
| 2015 | +16 | 26 | 4 | 92 | 115 | 0 | 300 | 72 | Below |
| 2015 | +24 | 40 | 1 | 292 | 365 | 0 | 780 | 156 | Gov't-sponsored |
| 2015 | +12 | 31 | 1 | 108 | 135 | 0 | 120 | 54 | Gov't-sponsored |

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on May 8, 2018.

                                      /s/ Jeffrey Shih
                                      JEFFREY SHIH
                                      Assistant United States Attorney

---

[15] The variable ALTMO indicates that the sentence in this case included 6 months of alternative incarceration.

DECLARATION OF AUSA SHIH                                                         6