# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**NOEL BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



**VERONICA RAMIREZ**
*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES SCHLOETTER**
*ADMINISTRATIVE MANAGER*

May 1, 2018

Honorable Vince Chhabria
United States District Judge
San Francisco Venue

          RE:    Karim Baratov
                   3:17CR00103-004 VC
                   Statistical Sentencing Data

Your Honor:

On November 28, 2017, the above noted defendant pled guilty to a violation of 18 U.S.C. §1030(b), and Judgment and Sentencing were scheduled for April 24, 2018. At that hearing, Your Honor requested statistical information from the United States Sentencing Commission (USSC), regarding the length of sentences that have been imposed nationally for similar crimes.

Pursuant to the Court's request, the undersigned contacted the United States Sentencing Commission (USSC) to request data about prior sentences imposed in similar cases. According to Christine Kitchens, the USSC is only able to provide data regarding an offense of conviction or data from cases that share a specific offense characteristic.

In this case, the USSC provided a table that includes data for defendants convicted of 18 U.S.C. § 1030(b) where the specific offense characteristic for obtaining personal information (USSG §2B1.1(b)(17) was applied. In order to increase the small sample size, the USSC provided data from 2010 to 2017. During this time frame, there were 20 cases that matched the exact criteria and the results are shown in the first column. In order to provide more information, the USSC also provided data for any defendant convicted under 18 U.S.C. § 1030. This data is reflected in column two. Attached is the table received from the USSC.

Please feel free to contact me at (510)637-3616, if you need further assistance.

Sincerely,

_____          _____
Emily Libby                                                         Joan Vazquez-Santiago
U.S. Probation Officer Specialist                         Supervisory U.S. Probation Officer

**Selected Sentencing Information for §2B1.1 Offenders with a Sentencing Enhancement under Subsection (b)(17) (Intent to obtain personal information)**
**Comparing Offenders Convicted Under Either 18 U.S.C. § 1030(b) or 18 U.S.C. § 1030 (Any subsection)**
**Fiscal Years 2010 - 2017**

|  | 18 U.S.C. § 1030(b) | | Any 18 U.S.C. § 1030 | |
|---|---|---|---|---|
|  | Number | | Number | |
| **Total Number of Offenders** | 20 | | 153 | |
| **Sentence Relative to the Guideline Range** | Number | Percent | Number | Percent |
| Within Range | 9 | 45.0 | 80 | 52.3 |
| Above Range | 0 | 0.0 | 7 | 4.6 |
| §5K1.1 Substantial Assistance | 6 | 30.0 | 15 | 9.8 |
| All Other Gov't Sponsored Below Range | 3 | 15.0 | 16 | 10.5 |
| Non-Gov't Sponsored Below Range | 2 | 10.0 | 35 | 22.9 |
| **Average Sentence**[2] | Average Months | | Average Months | |
| **All Offenders** | **35** | | **21** | |
| Within Range | 44 | | 14 | |
| Above Range | -- | | 53 | |
| §5K1.1 Substantial Assistance | 2 | | 22 | |
| All Other Gov't Sponsored Below Range | 89 | | 29 | |
| Non-Gov't Sponsored Below Range | -- | | 27 | |
| **Average Extent of Departure for Below Range Sentences**[2] | Average Months Below | Average Percent Reduction | Average Months Below | Average Percent Reduction |
| §5K1.1 Substantial Assistance | 34 | 76.7 | 43 | 78.7 |
| All Other Gov't Sponsored Below Range | 75 | 45.6 | 31 | 59.6 |
| Non-Gov't Sponsored Below Range | -- | -- | 13 | 59.3 |

[1] Only cases with complete guideline application information sentenced under USSG §2B1.1 using a *Guidelines Manual* in effect November 1, 2009 or later, a sentencing enhancment under §2B1.1(b)(17) (intent to obtain personal information) and a conviction under either any subsection of 18 U.S.C. § 1030 (Fraud and related activity in connection with computers) or specifically under 18 U.S.C. § 1030(b), were included in the analysis. Totals may not sum to 100.0% due to rounding.

[2] Calculations of the average include sentences of probation as zero months and any term of confinement as described in USSG §5C1.1. Sentences and guideline minimums of 470 months or longer (including life) were included in the calculation as 470 months. The Commission does not report average sentence information for categories with fewer than three cases.

SOURCE: U.S. Sentencing Commission, 2010-2017 Datafiles, USSCFY10-USSCFY17.