**Mancilla & Fantone LLP**

**ROBERT FANTONE**
Attorney | Partner
NY, NJ, SDNY, EDNY, DNJ

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646.225.6686  F 646.655.0269
robert@law-mf.com

May 15, 2018

**VIA ECF**
Honorable Vince Chhabria
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom 4 -17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:  **United States v. Karim Baratov, 17 Cr. 103 (VC)**

Dear Judge Chhabria:

We represent Karim Baratov, the Defendant in the above-referenced criminal matter. We write to request a 3-day extension of the Defendant's deadline to submit a supplemental sentencing memorandum, which is currently due May 15, 2018.  The Government has no objection to the Defendant's request.

Mr. Baratov's sentencing is currently scheduled for May 29, 2018.  Pursuant to the Court's Order dated April 24, 2018[1] the Government's supplemental sentencing memorandum was due 21 days prior to Mr. Baratov's sentencing, which was May 8, 2018. Mr. Baratov's response is currently due 14 days from Mr. Baratov's sentencing, which is May 15, 2018.

Mr. Baratov respectfully requests a 3-day extension of the deadline to submit his supplemental sentencing memorandum, from May 15, 2018 to May 18, 2018.  Please see a proposed order enclosed.  We thank the Court for its time and attention to this matter.

Sincerely,

Robert Fantone

Enclosure

cc: AUSA Jeff Shih (via ecf)

---

[1] This order was entered on April 25, 2018 (Dkt. No. 42, minute entry)

ANDREW MANCILLA
ROBERT M. FANTONE
Mancilla and Fantone, LLP
260 Madison Avenue, 22nd Floor
New York, New York 10016
Phone: 646-225-6686
Fax: 646-655-0269
Email: robert@law-mf.com

Counsel for Defendant Karim Baratov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:17-CR-103 VC |
| Plaintiff, | [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO SUBMIT SUPPLEMENTAL SENTENCING MEMORANDUM TO MAY 18, 2018 |
| v. | |
| KARIM BARATOV, | |
| Defendant. | |

Upon Defendant's letter dated May 15, 2018, and with no objection by the Government, the Court orders that the deadline for Defendant to submit his supplemental sentencing memorandum is extended from May 15, 2018 to May 18, 2018.

IT IS SO ORDERED.

Dated:  May 15, 2018

------------------------------------------------------------
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE