UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 29, 2018      **Time in Court:** 45 minutes   **Judge:** VINCE CHHABRIA

**Case No.**: 17-cr-00103-VC-4      **Case Name:** UNITED STATES v. Karim Baratov

**Attorney for United States of America:** Scott McCulloch and Jeffrey Shih
**Attorney for Defendant:** Robert Fantone and Andrew Mancilla
**Defendant:** [X] PRESENT   [] NOT PRESENT
**Defendant's Custodial Status:** [X] In Custody   [] Not In Custody

**Deputy Clerk:** Kristen Melen              **Court Reporter:** Katherine Sullivan
**Interpreter:** N/A                         **Probation Officer:** Emily Libby

## PROCEEDINGS

Sentencing - hearing held.

## RESULT OF HEARING

Court overrules defense's objection to specific language in paragraph 8.

Parties' proposed sentences are discussed with the Court.

Mr. Baratov addresses the Court.

Defendant is committed to the Bureau of Prisons for a term of 60 months, which consists of 36 months on count 1, and 24 months on each of counts 40-47 - counts 40-47 are to run concurrent to each other and count 1 is to run consecutive to counts 40-47; followed by 3 years of supervised release, which consists of 1 year of supervised release as to each of counts 40-47 and 3 years on count 1, all terms to run concurrently. A special assessment fee of $800 is imposed. A fine of $250,000 is imposed with a payment plan upon release of $250 a month. Restitution is not ordered. See Judgment for special conditions.

The Court recommends the defendant be housed in upstate New York as close to Toronto, Canada as possible.

The government moves to dismiss counts 38 and 39; granted by the Court.