**Mancilla & Fantone** LLP

**ANDREW MANCILLA**
NY, NJ, SDNY, EDNY, DNJ, 2ND CIRCUIT

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
**T** 646.225.6686  **F** 646.655.0269
andrew@law-mf.com

June 7, 2018

<u>**VIA ECF**</u>
Honorable Vince Chhabria
United States District Court
Northern District of California
San Francisco Courthouse
Courtroom 4 -17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

    Re: **<u>United States v. Karim Baratov,</u>**
       **Case No. CR 17-0103 VC**

Dear Judge Chhabria,

  We represent Mr. Baratov in the above-referenced matter and write to request that the Court amend its recommendation to the Bureau of Prisons for Mr. Baratov's requested placement. Mr. Baratov respectfully requests the Court amend its recommendation to the BOP to place Mr. Baratov in the following institutions, in order of priority:

1. FCI McKean
2. FCC Allenwood

      Very truly yours,

      Andrew Mancilla

cc: AUSA Jeffrey Shih (via ECF)