UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KARIM BARATOV,<br><br>　　　　　Defendant. | Case No. 17-cr-00103-VC-4<br><br>**ORDER RE DEFENDANT'S REQUEST TO MODIFY THE JUDGMENT**<br><br>Re: Dkt. No. 55 |

　　　　The government is ordered to file a letter by close of business today, June 11, 2018, indicating whether it objects to the request to modify the judgment.

　　　　**IT IS SO ORDERED.**

Dated: June 11, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge