ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOHN H. HEMANN (CABN 165823)
JEFFREY SHIH (MABN 663195)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    john.hemann@usdoj.gov; 415.436.7478
    jeffrey.shih@usdoj.gov; 415.436.7168

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KARIM BARATOV, <br><br> Defendant. | CASE NO. 3:17-CR-103 VC <br><br> UNITED STATES STATEMENT OF NO OPPOSITION |

On June 8, 2018, the defendant requested that the Court amend its recommendation to the Bureau of Prisons regarding the defendant's placement. Docket No. 55. On June 11, 2018, the Court ordered the United States to file a letter indicating whether it objects to the request to modify the judgment. Docket No. 56. The United States has no objection to the defendant's request.

    Respectfully submitted,

    ALEX G. TSE
    Acting United States Attorney

DATED: June 11, 2018        */s/ Jeffrey Shih*
                                       JEFFREY SHIH
                                       Assistant United States Attorney